1  Mark F. Anderson (SBN 44787)
   Kan Tung Donohoe (SBN 197785)
2  Kemnitzer, Anderson, Barron & Ogilvie LLP
   445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Ph: (415) 861-2265
4  Fax: (415) 861-3151
   mark@kabolaw.com
5
   Attorneys for Plaintiff Sumi Wong-Yap
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11 SUMI WONG-YAP,                    )
                                     )   Case No. C 05 00277 CW
12         Plaintiff,                )
                                     )   ORDER EXTENDING TIME TO
13         v.                        )   COMPLETE ADR
                                     )
14 MBNA AMERICA BANK, N.A., et al,   )
                                     )
15         Defendants.               )
                                     )
16                                   )
                                     )
17 _____  )

18
        The parties have stipulated that the time to complete ADR may be extended to and through
19
   December 16, 2005, for the reasons explained in the stipulation.
20
        Good cause having been shown, the Court hereby extends the time for the parties to
21
   complete mediation with the appointed mediator to and through December 16, 2005.
22
        IT IS SO ORDERED.
23
   Dated: October  11 , 2005.
24

25                                        _____
                                          CLAUDIA WILKEN
26                                        United States District Court

27

28

Order Extending Time for ADR in Wong-Yap v MBNA, Civ 05 00277 CW                              1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Claudia Wilken signature]*