DONALD E. BRADLEY, ESQ. (State Bar No. 145037)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant
TRANS UNION LLC

**FILED**

NOV 28 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMI WONG-YAP,<br>Plaintiff,<br>v.<br>MBNA AMERICA BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants. | CASE NO. C 05 00277 CW<br><br>**ORDER RE DEFENDANT TRANS UNION LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION** |

Pursuant to ADR Local Rules 6-9(d) and (e) of the United States District Court for the Northern District of California, and for good cause shown, the request of Defendant Trans Union LLC to have its representative appear telephonically at the mediation of the above-referenced action is GRANTED.

IT IS SO ORDERED.

DATED: 11/28/05

_____
HON. WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

ORDER RE TELEPHONE APPEARANCE OF TRANS UNION'S REPRESENTATIVE AT MEDIATION
C 05 00277 CW

[handwritten margin note: cc: WDB, CW, ADR, neutral, stats, requesting party with direction to serve all parties.]