**FILED**

DEC 01 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMI WONG-YAP, | ) |
| Plaintiff, | ) Case No. C 05 00277 CW |
| vs. | ) **ORDER RE DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION** |
| MBNA AMERICA BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC, | ) |
| Defendants. | ) |

Pursuant to ADR Local Rules 6-9(d) and (e) of the United States District Court for the Northern District of California, and for good cause shown, the request of Defendant Equifax Information Services LLC to have its representative appear telephonically at the mediation of the above-referenced action is GRANTED.

DATED: 12-1-05

HON. WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

cc: WDB, CW, ADR, neutral, stats, requesting party with direction to serve all parties.

ORDER RE TELEPHONE APPEARANCE OF EQUIFAX'S REPRESENTATIVE AT MEDIATION
CASE NO. C 05 00277 CW
9U00760.1