```
1  DONALD E. BRADLEY, ESQ. (State Bar No. 145037)
   CROWELL & MORING LLP
2  3 Park Plaza, 20th Floor
   Irvine, California 92614
3  Telephone: (949) 263-8400
   Facsimile: (949) 263-8414
4
   Attorneys for Defendant
5  TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMI WONG-YAP,<br><br>  Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | CASE NO. C 05 00277 CW<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT ORDER DEADLINES; [PROPOSED] ORDER** AS MODIFIED<br><br>Judge:  Claudia Wilken<br><br>Courtroom: 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612 |

   Plaintiff Sumi Wong-Yap ("Plaintiff"), Defendant MBNA America Bank, N.A. ("MBNA"), Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Equifax Information Services, LLC ("Equifax"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel of record, hereby stipulate, with reference to the following facts:

   1. On January 19, 2005, Plaintiff filed this action against MBNA and Experian;

1

JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW

1   2.    On June 3, 2005, this Court issued a Case Management Order;

2   3.    On June 28, 2005, Plaintiff filed a Motion to amend her Complaint to
3   add Equifax and Trans Union as defendants to this action;

4   4.    On August 31, 2005, this Court granted Plaintiff's Motion for leave to
5   amend;

6   5.    On September 13, 2005, Trans Union was served with a copy of
7   Plaintiff's First Amended Complaint;

8   6.    On October 11, 2005, this Court issued an order extending the time to
9   complete ADR to December 16, 2005;

10  7.    The newly added defendants cannot reasonably meet the deadlines
11  and time tables in the current Case Management Order;

12  8.    The parties have met and conferred regarding reasonable continuances
13  of the existing Case Management Order deadlines and have agreed that 120 days
14  will provide sufficient time to complete discovery and other pre-trial work;

15  9.    The parties have met and conferred with each other and the appointed
16  mediator, Mr. Richard Keenan, regarding the scheduling of mediation and have
17  agreed that in order to complete the mediation and accommodate the schedules of
18  all the parties and the mediator, the time to complete ADR should be extended to
19  and through January 31, 2006;

20  10.   The Court is available for a continued trial date of October ~~16~~ 30, 2006;

21  **WHEREFORE**, the parties hereby stipulate that, upon the Court's order,
22  the existing Case Management Order deadlines may be extended as follows:

23              1.    The deadline for completion of mediation, currently set for
24                    December 16, 2005, may be continued to January 31, 2005;
25              2.    The deadline for completion of fact discovery, currently
26                    scheduled for December 5, 2005, may be continued to April 5,
27                    2006;
28  / / /

2

JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW

3. The deadline for hearing all case-dispositive motions, currently set for January 13, 2006, may be continued to May 19, 2006;

4. The date for the next case management conference, currently scheduled for 10:00 AM on January 13, 2006, may be continued to 10:00 AM on May 19, 2006;

5. The deadline for the disclosure of identities and reports of expert witnesses, currently scheduled for February 10, 2006, may be continued to June 12, 2006;

6. The deadline for the completion of expert discovery, currently scheduled for March 10, 2006, may be continued to July 10, 2006;

7. The date for the final pretrial conference, currently scheduled for 1:30 PM on April 14, 2006, may be continued to 1:30 PM on October 20, 2006; and

8. The trial date, currently set for 8:30 AM on April 24, 2006, may be continued to begin at 8:30 AM on October 30, 2006.

**SO STIPULATED.**

All appearing parties have signed this Stipulation.

DATED: December 2, 2005     CROWELL & MORING LLP

/s/
DONALD E. BRADLEY
Attorneys for Defendant
Trans Union LLC

DATED: December 2, 2005     ERICKSON, ARBUTHNOT, KILDUFF, DAY AND LINDSTROM

/s/
ALBERT FINCH
Attorneys for Defendant
Equifax Information Services, LLC

3

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW**

| | | | |
|---|---|---|---|
| 1 | DATED: | November 30, 2005 | JONES DAY |
| 2 | | | |
| 3 | | | /s/_____<br>MICHELLE LEIGH VIZURRAGA<br>Attorneys for Defendant<br>Experian Information Solutions, LLC |
| 4 | | | |
| 5 | | | |
| 6 | DATED: | November 29, 2005 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | | |
| 8 | | | /s/_____<br>GEORGE G. WEICKHARDT<br>GLEN H. ISAACS<br>Attorneys for Defendant<br>MBNA America Bank, N.A. |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | DATED: | November 30, 2005 | KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP |
| 13 | | | |
| 14 | | | /s/_____<br>MARK F. ANDERSON<br>KAN TUNG DONOHOE<br>Attorneys for Plaintiff<br>Sumi Wong-Yap |
| 15 | | | |
| 16 | | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:___12/8/05_____

_____
CLAUDIA WILKEN
United States District Judge

3712937v1 (087827.0000444)

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Claudia Wilken]*

4

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 3 Park Plaza, 20th Floor, Irvine, CA 92614.

On **December 2, 2005**, I served, in the manner indicated below, the following document described as:

### JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Irvine, addressed as follows:

### SEE ATTACHED SERVICE LIST

_x___ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. §1013(a)(3))

____ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service.

____ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees.

____ BY FACSIMILE TRANSMISSION. I caused a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

********

____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X__ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED this **2nd day of December, 2005** in Irvine, California

/s/
Alice Kelly

5

JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW

## SERVICE LIST
### (Rev. 11/09/05)

| | |
|---|---|
| Mark F. Anderson (SBN 44787)<br>Kan Tung Donohoe (SBN 197785)<br>Kemnitzer, Anderson, Barron & Ogilvie, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, California 94108<br>Phone: (415) 861-2265<br>Fax: (415) 861-3151 | Counsel for Plaintiff<br>Sumi Wong-Yap |
| George G. Weickhardt<br>Glen H. Isaacs<br>Ropers, Majeski, Kohn & Bentley<br>333 Market Street, Suite 3150<br>San Francisco, California 94105<br>Phone: (415)-543-4800<br>Fax: (415) 274-6301 | Counsel for Defendant<br>MBNA America Bank, National Association |
| Michelle Leigh Vizurraga<br>Jones Day<br>555 South Flower St., 50th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-3939<br>Fax: (213) 243-2539 | Counsel for Defendant<br>Experian Information Solutions, Inc. |
| Albert Finch<br>Ericksen, Arbuthnot, Kilduff, Day and Lindstrom<br>111 Sutter, Suite 575<br>San Francisco, CA 94104<br>Phone: (415) 362-7126<br>Fax: (415) 362-6401 | Counsel for Defendant<br>Equifax Information Services, LLC |
| Amy Greenstein<br>Kilpatrick Stockton LLP<br>1100 Peachtree, Suite 2800<br>Atlanta, GA 30309<br>Phone: (404) 815-6275<br>Fax: (404) 541-3314 | Counsel for Defendant<br>Equifax Information Services, LLC |

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER – C 05 00277 CW**